GEORGE D. GREGORY, Respondent, *v.* MANHATTAN BRIAR PIPE COMPANY, Appellant.

*Gregory* v. *Manhattan Briar Pipe Co.,* 174 App. Div. 106, affirmed.

(Argued February 7, 1919; decided March 11, 1919.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered October 2, 1916, affirming a judgment in favor of plaintiff entered upon a decision of the court at a Trial Term without a jury in an action by a landlord against a tenant to recover the expense of making certain alterations, ordered by the public authorities, in

36

the building on the demised premises. It was alleged that by the terms of the lease the tenant had agreed to keep the property in repair and to comply with all orders of the municipal authorities.

*Lyttleton Fox, Junius Parker* and *Ernest Rhea Early* for appellant.

*James K. Foster* and *Alfred T. Davison* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, HOGAN, CARDOZO, POUND, McLAUGHLIN and ANDREWS, JJ.